# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **CHARLES FAUGHT,** | : | **CASE NO. 2:18-CV-00665** |
| **Plaintiff,** | : | **JUDGE MICHAEL H. WATSON** |
| v. | : | **MAGISTRATE JUDGE ELIZABETH P. DEAVERS** |
| **CENTRAL OHIO TRANSIT, AUTHORITY,** | : | |
| | : | **STIPULATION OF DISMISSAL** |
| **Defendant.** | : | |

The parties, by and through their undersigned counsel, hereby stipulate that the above-captioned matter is hereby dismissed with prejudice, each party to bear its own attorneys' fees, expenses, and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Peter G. Friedmann | /s/ Leigh Anne Benedic |
| Peter G. Friedmann, Esq. (0089293) | Leigh Anne Benedic (0082120) |
| (*Pete@thefriedmannfirm.com*) | Porter Wright Morris & Arthur LLP |
| **The Friedmann Firm LLC** | 41 South High Street – Suite 3100 |
| 1457 S. High Street | Columbus, OH 43215 |
| Columbus, OH 43207 | Telephone:  (614) 227-2000 |
| 614-610-9756 (Phone) | Fax:  (614) 227-2100 |
| 614-737-9812 (Fax) | *lbenedic@porterwright.com* |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

    This is to certify that on this 3rd day of July, 2019, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                    By:    /s/ Peter G. Friedmann
                                                                            Peter G. Friedmann (0089293)